## Loveman *et al.* v. Rosenheim *et al.*

APPEAL from Birmingham City Court, in Equity.

Heard before the Hon. H. A. SHARPE,

James E. Webb, for appellant.

Cabaniss & Weakley, *contra.*

The bill in this case was filed by the appellees against the appellant, to set aside a conveyance as fraudulent and void.

On the submission of the cause on the pleadings and proof, the chancellor decreed that the sale was fraudulent, and, therefore ordered the same set aside the annulled. From this decree the appeal is taken, and the same is assigned as error. Affirmed.

Opinion by Head, J.